**NICHOLAS RANALLO**
ATTORNEY AT LAW

May 4, 2016

VIA ECF

Honorable Colleen McMahon
United States District Court for the
Southern District of New York
500 Pearl Street
New York, NY 10007-1312

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/5/16

MEMO ENDORSED

o/k

*[signature]* Colleen McMahon
5/5/16

RE:     Jeremy Bales Creative, LLC v. Barkbox, Inc.
        16-cv-02452-CM
        Letter Motion to Amend Initial Scheduling Order/ Case Management Deadline

Dear Judge McMahon

I write today on behalf of Plaintiff Jeremy Bales Creative, LLC, with the consent of Defendant Barkbox Inc., to request an extension of the deadline to submit our initial case management plan. According to the Order Scheduling an Initial Pretrial Conference (ECF No. 7), the initial deadline for the Civil Case Management plan is May 5th. Both parties seek to extend the deadline to June 8th, two business days before the scheduled conference, as permitted by the Order described above.

The parties seek the additional time to pursue settlement while incurring the least attorney fees as possible at this point in the litigation. This is the parties first request for an extension of this deadline.

Respectfully submitted,

*[signature]*

Nicholas Ranallo, Attorney at Law

Cc: Michael J. Bevilacqua
    Omar A. Khan

---

2443 Fillmore St. #380-7508
San Francisco, CA 94115
nick@ranallolawoffice.com
(831) 607-9229